# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS McLAUGHLIN, JOHN DiGREGORIO, TERI ZAUSA and BRIANNA ZAUSA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 16 C 9428 |
| PNC BANK, NATIONAL ASSOCIATION, a Delaware Banking Corporation, with its principal place of business in Pennsylvania, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This action, with federal jurisdiction having been invoked under the diversity-of-citizenship rubric, has come to this Court's calendar via this District Court's computer-driven random assignment system. Although this Court is concurrently entering its customary initial scheduling order in the case, this memorandum order is issued sua sponte because of the Complaint's troubling noncompliance with the pleading standard established by Fed. R. Civ. P. ("Rule") 8(a).

To begin with, the extended narrative in the "Nature of the Action" section with which the Complaint begins is entirely inappropriate. Federal jurisprudence calls for notice pleading, not fact pleading, and a federal complaint is not the proper province of a short story author. And even worse, here plaintiffs' counsel has taken the occasion to follow the just-referred-to narrative, after then setting out appropriate allegations as to diversity jurisdiction and identification of the parties, with a "Statement of Facts" narrative that actually repeats much of

the "Nature of the Action" section and is subject to the same objection voiced earlier in this memorandum order.

Accordingly this Court strikes the initial Complaint without prejudice because of its total noncompliance with the Rules. Plaintiffs' counsel is granted until October 21, 2016 to file a rule-compliant Amended Complaint and is also ordered to apprise defendant PNC Bank (or its counsel, if known to plaintiffs' counsel) to eschew filing a responsive pleading to the now-stricken Complaint.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 5, 2016