## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Thomas McLaughlin, et. Al., vs. PNC Bank, National Association

Case Number: 1:16-cv-09428

An appearance is hereby filed by the undersigned as attorney for:
PNC Bank, National Association

Attorney name (type or print): Meredith Pitts

Firm: Heavner, Beyers & Mihlar, LLC

Street address: 111 E. Main St.

City/State/Zip: Decatur, IL 62523

Bar ID Number: 6280878
(See item 3 in instructions)

Telephone Number: 2174221719

Email Address: meredithpitts@hsbattys.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/26/16

Attorney signature: S/ Meredith Pitts
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015